IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  03-F-1807 (CBS)

ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC.,
a Colorado nonprofit corporation, d/b/a Rocky Mountain HMO and also
d/b/a Rocky Mountain Health Plans,

    Intervenor Plaintiff,

v.

JKJ EQUIPMENT COMPANY, INC., a foreign corporation, d/b/a Circus Chimera, and
SAUL CHIMAL-ALVARADO,

    Defendants.

_____

## MINUTE ORDER SETTING HEARING
_____

BY JUDGE PHILLIP S. FIGA

    This matter comes before the Court on plaintiff's Motion to Enforce Settlement (Dkt. # 133), Intervenor's Motion for Default Judgment (Dkt. # 132) and defendant Saul Chimal-Alvarado's Motions for Extension fo Time to File Response/Reply (Dkt. ## 134 and 135).

    Defendant's Motions for Extension of Time to Reply (Dkt. ## 134 and 135) are DENIED.

    This matter is set for a hearing on the above motions before this Court on **July 20, 2005 at 5:00 p.m.**  All counsel shall be present in person.  The representative of defendant JKJ Equipment Company who signed the settlement agreements with plaintiff and Intervenor shall be present in person.  The Court also orders that a representative of the insurance companies who provided insurance for the defendants during the course of this case shall also be present in person.

    Dated: July 13, 2005