IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  03-cv-01807-PSF-CBS

DANIEL K. PERKINS,

    Plaintiff,

ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC.,
a Colorado nonprofit corporation, d/b/a Rocky Mountain HMO and also
d/b/a Rocky Mountain Health Plans,

    Intervenor Plaintiff,

v.

JKJ EQUIPMENT COMPANY, INC., a foreign corporation, d/b/a Circus Chimera, and
SAUL CHIMAL-ALVARADO,

    Defendants.

---

## ORDER ON MOTIONS TO TAKE DEPOSITION OF JAMES JUDKINS
---

    This matter comes before the Court on the motions of Intervenor Rocky Mountain Health Maintenance and Plaintiff Daniel Perkins, (Dkt. ## 146 and 148) filed September 22, 2005 and September 27, 2005, respectively, requesting an Order directing the deposition of James Judkins, the President and Chief Executive Officer of defendant and judgment debtor, JKL Equipment Co. ("JKL"), be taken in Denver, Colorado in aid of execution on the judgment in this case, and that all expenses of the deposition be borne by Defendant JKL.

    The Court GRANTS the motion, in part, and orders that Mr. Judkins shall appear in Denver, Colorado at a mutually agreed upon time and place, that the expenses of his

travel and lodging be borne by JKL, but that the expenses of the reporting service, any attorneys' fees and expenses, and any costs for transcripts be borne by the respective parties.

The reference to the Magistrate Judge of Intervenor's Motion (Dkt. # 146) is WITHDRAWN.

DATED: September 27, 2005.

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge