IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  03-cv-01807-PSF-CBS

DANIEL K. PERKINS,

    Plaintiff,

ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC.,
a Colorado nonprofit corporation, d/b/a Rocky Mountain HMO and also
d/b/a Rocky Mountain Health Plans,

    Intervenor Plaintiff,

v.

JKJ EQUIPMENT COMPANY, INC., a foreign corporation, d/b/a Circus Chimera, and
SAUL CHIMAL-ALVARADO,

    Defendants.

## ORDER ON MOTION TO COMPEL

This matter comes before the Court on the Motion to Compel of Intervenor Rocky Mountain Health Plans, Inc. (Dkt. # 152), filed November 11, 2005, which seeks to compel production of documents by Defendant JKJ Equipment Co. ("JKJ").  The Court notes that Defendant JKJ has filed a response on November 17, 2005, suggesting that the requested documents have been or will soon be produced.  It is

ORDERED that a telephonic hearing will be held by this Court on **November 28, 2005 at 10:00 a.m.,** unless the Court is previously notified that the Motion to Compel is being withdrawn or the dispute is resolved.  If the scheduled hearing does go forward, the Court will give serious consideration to imposing sanctions against the non-

prevailing party, including awarding the prevailing party its attorney fees and costs. Counsel for intervenor plaintiff and Defendant JKJ (and any other counsel who wishes to be on line) are directed to call Chambers (303-335-2174) on a <u>one</u> conference line **(no speaker, cordless or cell phones permitted)** at the appropriate time to be forwarded to the courtroom telephone.

DATED: November 17, 2005.

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge