IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-01807-PSF-CBS

DANIEL K. PERKINS,

    Plaintiff,

ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC.,
a Colorado nonprofit corporation, d/b/a Rocky Mountain HMO and also
d/b/a Rocky Mountain Health Plans,

    Intervenor Plaintiff,

v.

JKJ EQUIPMENT COMPANY, INC., a foreign corporation, d/b/a Circus Chimera, and
SAUL CHIMAL-ALVARADO,

    Defendants.

## ORDER GRANTING WITHDRAWAL OF MOTION TO COMPEL

Intervenor Rocky Mountain Health Plans, Inc.'s Motion to Withdraw Motion to Compel Discovery (Dkt. # 157) is GRANTED. The Court hereby

ORDERS that Intervenor's Motion to Compel Discovery (Dkt. # 152) is deemed withdrawn.

DATED: December 1, 2005

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge